UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARDELL JOSHUA SHAW,

     Plaintiff,

    v.

KAREN BRUNSON, et al.,

     Defendants.

Case No. C08-5481BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION AND
DISMISSING COMPLAINT

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 27). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)    The Court adopts the Report and Recommendation; and

(2)    Defendant Maxfield should be **DISMISSED WITHOUT PREJUDICE** for failure to serve. Defendant Brunson should be **DISMISSED WITH PREJUDICE** for lack of personal participation.

DATED this 27th day of October, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER