# United States District Court

WESTERN DISTRICT OF WASHINGTON

ARDELL JOSHUA SHAW

JUDGMENT IN A CIVIL CASE

v.

KAREN BRUNSON, et al.,

CASE NUMBER: C08-5481BHS/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant Maxfield should be **DISMISSED WITHOUT PREJUDICE** for failure to serve. Defendant Brunson should be **DISMISSED WITH PREJUDICE** for lack of personal participation.

| | |
|---|---|
| October 28, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |